# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 14, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

  Re: Kwame Rockwell
     v. Texas
     No. 14-9317
     (Your No. WR-80,232-01)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 17, 2015 and placed on the docket April 14, 2015 as No. 14-9317.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 20 2015

Abel Acosta, Clerk